

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2025

No. 04-25-00262-CR

**IN RE** Adrian **LUNA**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

On April 21, 2025, relator, Adrian Luna, filed a letter petition seeking relief in the form of mandamus or *nunc pro tunc*. After reviewing the petition and there being no record filed, the court has determined that relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus or order *nunc pro tunc* is DENIED. *See* Tex. R. App. P. 52.8(a); Tex. R. App. P. 23.

It is so **ORDERED** on May 7, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2020-05-13747-CR and 2020-05-13748-CR, each styled *The State of Texas v. Adrian Luna*, pending in the 38th Judicial District Court, Uvalde County, Texas, the Honorable Camile Glasscock Dubose presiding. Petitioner incorrectly references Cause Nos. 2020-05-18748-CR/47 CR and 2019-09-15593/94-CR.